```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
THE TRAVELERS INDEMNITY COMPANY,                                 :
                                                                 :
                        Plaintiff,                               :
                                                                 :     21-cv-2665 (LJL)
        -v-                                                      :
                                                                 :     ORDER
ALLIED WORLD ASSURANCE COMPANY (US),                             :
INC.,                                                            :
                                                                 :
                        Defendant.                               :
                                                                 X
----------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2021

LEWIS J. LIMAN, United States District Judge:

The parties have cross-moved for summary judgment and Plaintiff has submitted as an exhibit the subcontract at issue in the case. Dkt. No. 10-5. The subcontract refers to riders, however, which are not included with the exhibit. It is hereby ORDERED that by no later than November 5, 2021, Plaintiff is to submit the riders to the subcontract along with a statement as to whether there is any dispute as to the authenticity of the riders.

The Court has also received the request for oral argument on the pending cross-motions for summary judgment. The Court will hear oral argument on the motions at Dkt. Nos. 9 and 11 at the previously scheduled status conference which will be held on November 18, 2021 at 2:00 p.m. The parties are reminded to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

SO ORDERED.

Dated: November 3, 2021                    _____
       New York, New York                         LEWIS J. LIMAN
                                                  United States District Judge