```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
THE TRAVELERS INDEMNITY COMPANY,                                     :
                                                                     :
                            Plaintiff,                               :
                                                                     :       21-cv-02665 (LJL)
            -v-                                                      :
                                                                     :       ORDER
ALLIED WORLD ASSURANCE COMPANY (US),                                 :
INC.,                                                                :
                                                                     :
                            Defendant.                               :
-------------------------------------------------------------------- X

LEWIS J. LIMAN, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

      SO ORDERED.

Dated: November 23, 2022
       New York, New York
                                                          LEWIS J. LIMAN
                                             United States District Judge